# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| LUZ MARIA BURTON, | ) |
| | ) |
| Petitioner/Defendant, | ) |
| | ) |
| vs. | ) CIVIL ACTION 12-0342-CG |
| | ) CRIMINAL NO. 10-00179-CG-N |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 2, 2014 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 29th day of May, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE